UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
March 29, 2021 3:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb   SCANNED BY: TB 3/29/21

Jason Green # 784907

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

1:21-cv-278
Hala Y. Jarbou - U.S. District Judge
Sally J. Berens- Magistrate Judge

v. Vital Care
Sgt. Boelen's, Deputy
Kent County, Kent County Correctional facility
Deputy M-Curits

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐ No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

      1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

         _____

      2. Is the action still pending?   Yes ☐ No ☒

         a. If your answer was no, state precisely how the action was resolved: _____

         _____

      3. Did you appeal the decision?   Yes ☐ No ☒
      4. Is the appeal still pending?   Yes ☐ No ☒

         a. If not pending, what was the decision on appeal? _____

         _____

      5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐ No ☒

         If so, explain: _____

         _____

II. **Place of Present Confinement** _____

   If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

   Kent County Correctional Facility 703 Ball Ave NE
   Grand Rapids Mi.
   49503

-1-

### III. Parties

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Jason GREEN
Address  KCCF 705 Ball Ave Grand Rapids Mich. 49503

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1  Vital Core
Position or Title  Medical Company
Place of Employment  Kent County Correctional Facility
Address  705 Ball Ave, NE Grand Rapids Michigan 49503
Official and/or personal capacity?

Name of Defendant #2  Deputy Sgt. Boelen's
Position or Title  Sgt
Place of Employment  KCCF
Address  705 Ball Ave, NE Grand Rapids Mich. 49503
Official and/or personal capacity?

Name of Defendant #3  Kent County, Kent County Correctional Facility
Position or Title  Correctional Facility
Place of Employment  KCCF
Address  705 Ball Ave, NE Grand Rapids Mich. 49503
Official and/or personal capacity?

Name of Defendant #4  M-Curits
Position or Title  FTO
Place of Employment  KCCF / Kent County Correctional Facility
Address  705 Ball Ave, NE Grand Rapids Michigan 49503
Official and/or personal capacity?

Name of Defendant #5  CMH / Community Mental Health
Position or Title  CMH
Place of Employment  KCCF
Address  705 Ball Ave, NE Grand Rapids Michigan 49503
Official and/or personal capacity?

Patton, Deputy
KCCF
705 Ball Ave NE Grand Rapids Michigan 49503

-2-

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

① Claim

I Asked for my medication many times, put in many kites over and over, I was booked in on February, 12, 2021, When booked in, I told the medical Company Vital Core, which medication I take in that I Need them right away for my blood pressure & for my Stress, I am going with CMH, The last time I was here I snapped off, I told the Medical I was taking, depako, cataprize Lithem and restperdall, If I don't have my medication my emotions are all over the place, I could have had a heart attack cause Not having catiprize, My wife called a few times a week asking about me one of the nurses, I was at my visit and A RN was at the deputies station she said I have to have money in my account, which I did in Still Nothing, they cant just Refuse my medication/or and medical treatment, At med line every night I ask for meds over 40 days latter they finally got my medication — M-Curits Did Nothing to see about my medication either, My wife talked to Sue in Caron on the 15th of March too,

② Claim

I Asked Deputy Patton for a Grevenice form on March 9th, 2021 he told me NO, this Grevenice is all over my meds, on March 17th M-Curits, Deputy, to look into my meds he denied me and or to ask med lady 3:45pm, On March 22nd, 2021, FTO M-Cureits Called out my Name big dummy. March 25th 2021, I asked for a grevince and to see the Sargent and was denied again. Billy lee Rhoads was a witness

Grevince Claim

(Last Revised: June 2013)

## V. Relief

State briefly and precisely what you want the court to do for you.

I would like the courts to serve the defendant's as Respectfully Justis as the wrongful things they did.

I would like to goto court and sue the defendants and for the damage done and demanded a sum of 500,000 out of pocket and if taken to trail 1.5 million

And the defendants fined

03/26/2021
**Date**

_____
**Signature of Plaintiff**

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

NAME: Jason Green
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI 493
27 MAR 2021 PM 5 L



United States District Court
399 Federal Building
110 Michigan Street NW
Grand Rapids Michigan 49503

49503-236399